# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMANDA PERRY,, <br><br> Plaintiff(s), <br><br> v. <br><br> JTM CAPITAL MANAGEMENT, LLC, a Delaware limited liability company, <br><br> Defendant(s). | Case No. 17 C 7601 <br> Judge Robert W. Gettleman |
| THERESA MULLERY, <br><br> Plaintiff, <br><br> v. <br><br> JTM CAPITAL MANAGEMENT, LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 17 C 7769 <br> Judge Robert W. Gettleman |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

       which ☐ includes     pre–judgment interest.
               ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒    other: Case dismissed without prejudice for lack of personal jurisdiction

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion

Date:  4/5/2018                                    Thomas G. Bruton, Clerk of Court

                                                   Claire Newman , Deputy Clerk