# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:16-cv-08020

| | |
|---|---|
| Price v. Schlee & Stillman, LLC | Date Filed: 08/10/2016 |
| Assigned to: Honorable Thomas M. Durkin | Date Terminated: 08/08/2017 |
| Cause: 15:1692 Fair Debt Collection Act | Jury Demand: Plaintiff |
| | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Bonnie Price**     represented by     **Angie K. Robertson**
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, IL 60465
(708) 974-2900
Email: angie@philippslegal.com
*ATTORNEY TO BE NOTICED*

**Mary Elizabeth Philipps**
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, IL 60465
(708)974-2900
Email: mephilipps@aol.com
*ATTORNEY TO BE NOTICED*

**David J. Philipps**
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, IL 60465
(708)974-2900
Email: davephilipps@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Schlee & Stillman, LLC**     represented by     **Nicole Marie Strickler**
Messer Strickler, Ltd.
225 W. Washington, Suite 575
Chicago, IL 60602
(312)334-3442


EXHIBIT A

4/17/2018                    CM/ECF LIVE, Ver 6.2.1 - U.S. District Court, Northern Illinois
Case 1:18-cv-00549-LJV-HKS   Document 21-1   Filed 04/17/18   Page 2 of 5

Email: nstrickler@messerstrickler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Maria Saldanha Olson**
Messer Strickler, Ltd.
225 W. Washington, Suite 575
Chicago, IL 60606
(312) 334-3444
Email: kolson@messerstrickler.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/10/2016 | 1 | COMPLAINT filed by Bonnie Price; Jury Demand. Filing fee $ 400, receipt number 0752-12241188. (Attachments: # 1 Exhibit A, # 2 Exhibit Group B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Philipps, David) (Entered: 08/10/2016) |
| 08/10/2016 | 2 | CIVIL Cover Sheet (Philipps, David) (Entered: 08/10/2016) |
| 08/10/2016 | 3 | ATTORNEY Appearance for Plaintiff Bonnie Price by David J. Philipps (Philipps, David) (Entered: 08/10/2016) |
| 08/10/2016 | 4 | ATTORNEY Appearance for Plaintiff Bonnie Price by Mary Elizabeth Philipps (Philipps, Mary) (Entered: 08/10/2016) |
| 08/10/2016 | 5 | ATTORNEY Appearance for Plaintiff Bonnie Price by Angie K. Robertson (Robertson, Angie) (Entered: 08/10/2016) |
| 08/10/2016 |   | CASE ASSIGNED to the Honorable Thomas M. Durkin. Designated as Magistrate Judge the Honorable Sidney I. Schenkier. (ew, ) (Entered: 08/10/2016) |
| 08/11/2016 |   | SUMMONS Issued as to Defendant Schlee & Stillman, LLC. (jh, ) (Entered: 08/11/2016) |
| 08/12/2016 | 6 | ORDER: Joint Status report is due by 10/14/2016. Status hearing set for 10/19/2016 at 09:00 AM. Signed by the Honorable Thomas M. Durkin on 8/12/2016:Mailed notice(srn, ) (Entered: 08/12/2016) |
| 08/17/2016 | 7 | SUMMONS Returned Executed by Bonnie Price as to Schlee & Stillman, LLC on 8/12/2016, answer due 9/2/2016. (Philipps, David) (Entered: 08/17/2016) |
| 09/06/2016 | 8 | MINUTE entry before the Honorable Thomas M. Durkin:Civil case terminated. On plaintiff's oral motion, this action is hereby dismissed without prejudice with leave to move to reinstate on or before October 21, 2016. Absent a timely filed motion to reinstate or extend the time in which to reinstate, this order will become final with prejudice on October 24, 2016. The 10/19/2016 status date is vacated. Mailed notice (srn, ) (Entered: 09/06/2016) |
| 10/18/2016 | 9 | MOTION by Plaintiff Bonnie Price to Reinstate Case (Philipps, David) (Entered: 10/18/2016) |
| 10/18/2016 | 10 | NOTICE of Motion by David J. Philipps for presentment of motion for miscellaneous relief 9 before Honorable Thomas M. Durkin on 11/1/2016 at 09:00 AM. (Philipps, David) (Entered: 10/18/2016) |

| Date | # | Description |
|---|---|---|
| 10/18/2016 | 11 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion to reinstate case 9 is granted. Case reopened. Status hearing set for 11/1/2016 at 09:00 AM.Mailed notice (srn, ) (Entered: 10/18/2016) |
| 10/28/2016 | 12 | MOTION by Plaintiff Bonnie Price for entry of default (Attachments: # 1 Declaration of Counsel)(Philipps, David) (Entered: 10/28/2016) |
| 10/28/2016 | 13 | NOTICE of Motion by David J. Philipps for presentment of motion for entry of default 12 before Honorable Thomas M. Durkin on 11/1/2016 at 09:00 AM. (Philipps, David) (Entered: 10/28/2016) |
| 10/31/2016 | 14 | ATTORNEY Appearance for Defendant Schlee & Stillman, LLC by Nicole Marie Strickler (Strickler, Nicole) (Entered: 10/31/2016) |
| 10/31/2016 | 15 | ATTORNEY Appearance for Defendant Schlee & Stillman, LLC by Katherine Maria Saldanha Olson (Saldanha Olson, Katherine) (Entered: 10/31/2016) |
| 11/01/2016 | 16 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion for entry of default 12 is withdrawn. Status hearing held on 11/1/2016. Defendant's answer is to be filed by 11/15/2016. Status hearing set for 12/6/2016 at 09:00 AM.Mailed notice (srn, ) (Entered: 11/01/2016) |
| 11/15/2016 | 17 | MOTION by Defendant Schlee & Stillman, LLC to dismiss *for lack of personal jurisdiction and/or improper venue* (Saldanha Olson, Katherine) (Entered: 11/15/2016) |
| 11/15/2016 | 18 | NOTICE of Motion by Katherine Maria Saldanha Olson for presentment of motion to dismiss 17 before Honorable Thomas M. Durkin on 11/23/2016 at 09:00 AM. (Saldanha Olson, Katherine) (Entered: 11/15/2016) |
| 11/17/2016 | 19 | MINUTE entry before the Honorable Thomas M. Durkin:By agreement of the parties, the 11/23/2016 notice motion date is stricken. The parties agree to the following briefing schedule. Plaintiff's response to defendant's motion to dismiss 17 is due by 12/7/2016. Defendant's reply is due by 12/21/2016. The 12/6/2016 status date is vacated and reset for 2/1/2017 at 09:00 AM.Mailed notice (srn, ) (Entered: 11/17/2016) |
| 12/07/2016 | 20 | RESPONSE by Bonnie Pricein Opposition to MOTION by Defendant Schlee & Stillman, LLC to dismiss *for lack of personal jurisdiction and/or improper venue* 17 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Philipps, David) (Entered: 12/07/2016) |
| 12/21/2016 | 21 | REPLY by Schlee & Stillman, LLC to response in opposition to motion, 20 (Saldanha Olson, Katherine) (Entered: 12/21/2016) |
| 01/05/2017 | 22 | MINUTE entry before the Honorable Thomas M. Durkin: Status hearing set for 1/10/2017 at 09:30 AM.Mailed notice (srn, ) (Entered: 01/05/2017) |
| 01/10/2017 | 23 | MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 1/10/2017. Status hearing set for 2/14/2017 at 09:00 AM.Mailed notice (srn, ) (Entered: 01/10/2017) |
| 02/14/2017 | 24 | MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 2/14/2017. The Court will rule by mail on the pending motion to dismiss 17 . Mailed notice (srn, ) (Entered: 02/14/2017) |

| | | |
|---|---|---|
| 05/26/2017 | 25 | MEMORANDUM Opinion and Order: For the reasons set forth herein, defendant's motion to dismiss 17 is granted, and this action is dismissed without prejudice to plaintiff refiling in an appropriate forum. Civil case terminated. Signed by the Honorable Thomas M. Durkin on 5/26/2017:Mailed notice(srn, ) (Entered: 05/26/2017) |
| 06/09/2017 | 26 | MOTION by Plaintiff Bonnie Price for reconsideration regarding order on motion to dismiss,, memorandum opinion and order,, terminated case, 25 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Philipps, David) (Entered: 06/09/2017) |
| 06/09/2017 | 27 | NOTICE of Motion by David J. Philipps for presentment of motion for reconsideration, motion for relief,, 26 before Honorable Thomas M. Durkin on 6/22/2017 at 09:00 AM. (Philipps, David) (Entered: 06/09/2017) |
| 06/20/2017 | 28 | RESPONSE by Schlee & Stillman, LLCin Opposition to MOTION by Plaintiff Bonnie Price for reconsideration regarding order on motion to dismiss,, memorandum opinion and order,, terminated case, 25 26 (Saldanha Olson, Katherine) (Entered: 06/20/2017) |
| 06/22/2017 | 29 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion for reconsideration 26 is granted in part for the reasons stated orally. Motion hearing held on 6/22/2017. This Court will issue a written opinion. Mailed notice (srn, ) (Entered: 06/28/2017) |
| 06/29/2017 | 30 | ORDER: Enter Memorandum Opinion and Order. This action is hereby ordered transferred to the Eastern District of Kentucky, where the plaintiff resides. Signed by the Honorable Thomas M. Durkin on 6/29/2017. Mailed notice (ew, ) (Entered: 06/30/2017) |
| 06/29/2017 | 31 | MEMORANDUM Opinion and Order Signed by the Honorable Thomas M. Durkin on 6/29/2017. Mailed notice (ew, ) (Entered: 06/30/2017) |
| 07/07/2017 | 32 | MOTION by Defendant Schlee & Stillman, LLC to stay *transfer process* (Saldanha Olson, Katherine) (Entered: 07/07/2017) |
| 07/07/2017 | 33 | NOTICE of Motion by Katherine Maria Saldanha Olson for presentment of motion to stay 32 before Honorable Thomas M. Durkin on 7/12/2017 at 09:00 AM. (Saldanha Olson, Katherine) (Entered: 07/07/2017) |
| 07/11/2017 | 34 | MOTION by Defendant Schlee & Stillman, LLC for reconsideration (Saldanha Olson, Katherine) (Entered: 07/11/2017) |
| 07/11/2017 | 35 | NOTICE of Motion by Katherine Maria Saldanha Olson for presentment of motion for reconsideration 34 before Honorable Thomas M. Durkin on 7/27/2017 at 09:00 AM. (Saldanha Olson, Katherine) (Entered: 07/11/2017) |
| 07/12/2017 | 36 | MINUTE entry before the Honorable Thomas M. Durkin:Defendant's motion to stay transfer process 32 is granted. The Clerk of Court is instructed to stay the transfer of this action. Defendant's motion for reconsideration 34 is entered and continued. This Court will issue a written ruling on defendant's motion for reconsideration. Motion hearing held on 7/12/2017. Mailed notice (srn, ) (Entered: 07/12/2017) |
| 07/13/2017 | 37 | TRANSCRIPT OF PROCEEDINGS held on 6/22/17 before the Honorable Thomas M. Durkin. Motion hearing. Court Reporter Contact Information: Laura Renke, OfficialTranscript@gmail.com, 312.435.6053. |

| | | |
|---|---|---|
| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 8/3/2017. Redacted Transcript Deadline set for 8/14/2017. Release of Transcript Restriction set for 10/11/2017. (Renke, Laura) (Entered: 07/13/2017) |
| 08/08/2017 | 38 | ORDER: Enter Order. Defendant's motion for reconsideration 34, is denied. The stay is lifted and this action is ordered transferred to the Eastern District of Kentucky. The Clerk of Court is directed to transfer this action forthwith. Signed by the Honorable Thomas M. Durkin on 8/8/2017. Mailed notice (tt, ) (Entered: 08/08/2017) |
| 08/08/2017 | 39 | ORDER. Signed by the Honorable Thomas M. Durkin on 8/8/2017. Mailed notice (tt, ) (Entered: 08/08/2017) |
| 08/08/2017 | 40 | TRANSFERRED to the Eastern District of Kentucky the electronic record. (tt, ) (Entered: 08/08/2017) |
| 08/08/2017 | | ELECTRONIC Acknowledgement of case transferred to the Eastern District of Kentucky as case 2:17-cv-00127, filed 08/08/2017. (jjr, ) (Entered: 08/08/2017) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 04/17/2018 12:02:37 | | |
| **PACER Login:** gp0105:2556624:0 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 1:16-cv-08020 |
| **Billable Pages:** 4 | **Cost:** | 0.40 |