**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Amanda Perry, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 C 7601 |
| | ) | |
| JTM Capital Management, LLC, a | ) | Judge Gettleman |
| Delaware limited liability company, | ) | Magistrate Judge Gilbert |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| Theresa Mullery, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 C 7769 |
| | ) | |
| JTM Capital Management, LLC, a | ) | Judge Gettleman |
| Delaware limited liability company, | ) | Magistrate Judge Gilbert |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:  SEE ATTACHED SERVICE LIST**

**PLEASE TAKE NOTICE** that, at 9:15 a.m. on Thursday, April 26, 2018, we shall appear before the Honorable Robert W. Gettleman in Room 1703 of the District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's **Plaintiff's Motion for Reconsideration**, a copy of which was served on you by the Court's electronic filing system.

/s/ David J. Philipps
One of Plaintiff's Attorneys

Dated:  April 17, 2018

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 17, 2018, a copy of the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Brendan H. Little | blittle@lippes.com |
| Richard M. Scherer | rscherer@lippes.com |
| Lippes, Mathias, Wexler, | |
|    Friedman, LLP | |
| 50 Fountain Plaza | |
| Suite 1700 | |
| Buffalo, New York 14202 | |

/s/David J. Philipps
David J. Philipps    (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com