**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Theresa Mullery,<br><br>Plaintiff,<br><br>v.<br><br>JTM Capital Management, LLC,<br><br>Defendant. | Case No.  17-cv-07769<br>Judge Robert W. Gettleman |

## ORDER

Motion hearing held on 4/26/2018.  Plaintiff's motion [21] for reconsideration is granted in part.  This case is transferred to the Western District of New York.

(00:04)

Date:  4/26/2018

_____
United States District Judge
Robert W. Gettleman