UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

THERESA MULLERY

    Plaintiff,                                     Case No.: 18-cv-00549-LJV

v.

JTM CAPITAL MANAGEMENT, LLC
a Delaware limited liability company

    Defendant.

## DEFENDANT JTM CAPITAL MANAGEMENT, LLC'S NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that Defendant JTM Capital Management, LLC hereby moves the Court, pursuant to FED. R. CIV. P. 12(b)(6), for dismissal of Plaintiff's Complaint in its entirety on a date and time to be determined by the Court. Defendant requests oral argument.

DATED:     May 23, 2018

                                        LIPPES MATHIAS WEXLER FRIEDMAN LLP

                                        /s Brendan H. Little
                                        Brendan H. Little, Esq.
                                        Attorneys for Defendant
                                        JTM Capital Management, LLC
                                        50 Fountain Plaza, Suite 1700
                                        Buffalo, New York 14202
                                        P: 716-853-5100
                                        F: 716-853-5199
                                        E: blittle@lippes.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2018, I electronically filed the foregoing Notice of Motion via the CM/ECF system, which should then send notification of such filing to all counsel of record.

                                          /s Brendan H. Little
                                          Brendan H. Little, Esq.