# EXHIBIT C

Case 1:18-cv-00549-LJV-HKS   Document 32-3   Filed 06/29/18   Page 2 of 2
6/21/2018                                      Accela Citizen Access

Register   Login

Home

Advanced Search

## Licensed Professional Information:
## Debt Collection Agency 2015347-DCA

### Licensee Detail

| | | | |
|---|---|---|---|
| License Type: | Debt Collection Agency | License Number: | 2015347-DCA |
| Business Name: | JTM CAPITAL MANAGEMENT LLC | DBA or Trade Name: | |
| Name: | | Address: | 6400 SHERIDAN DR WILLIAMSVILLE NY 142214842 |
| License Expiration Date: | 01/31/2019 | | |
| Phone 1: | | Phone 2: | |

### ▼ Related Records

Listed below are the records associated with

Debt Collection Agency, License Number: 2015347-DCA
Showing 1-1 of 1

| | Date | Record Number | Record Type | Description | Project Name | Expiration Date | Status |
|---|---|---|---|---|---|---|---|
| ☑ | 11/07/2014 | 2015347-DCA | Debt Collection Agency License | Debt Collection Agency - 122 | | | Active |

### ▼ Public Documents

*Attachment List*

| Name | Type | Size | Latest Update | Action |
|---|---|---|---|---|
| No records found. | | | | |

https://a858-elpaca.nyc.gov/CitizenAccess/


EXHIBIT C